UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**CRAIG HOWARD RASK,**

   Plaintiff.

v.                                          No. 4:22-cv-0380-P

**BRENDA MITCHELL,**

   Defendant.

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Jeffrey L. Cureton made Findings, Conclusions, and a Recommendation ("FCR") in this case on May 5, 2022. ECF No. 6. No objections were filed, and the Magistrate Judge's FCR is ripe for review. The undersigned reviewed the FCR for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct.

Therefore, the Court **ADOPTS** the reasoning in the Magistrate Judge's FCR. Accordingly, Plaintiff's Motion to Proceed *in forma pauperis* (ECF No. 2) is hereby **DENIED**. Plaintiff is **ORDERED** to pay to the Clerk of the Court the filing and administrative fees of $402.00 no later than **June 1, 2022,** or the complaint will be subject to dismissal without further notice under Federal Rule of Civil Procedure 41(b).

**SO ORDERED** on this **25th day of May, 2022**.

_____
Mark T. Pittman
United States District Judge